The State of Ohio, Appellee, *v.* Roy, Appellant.

[Cite as *State v. Roy,* 128 Ohio St.3d 340, 2011-Ohio-544.]

(No. 2010–1877—Submitted January 18, 2011—Decided February 10, 2011.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The portion of the judgment of the court of appeals addressing appellant's sixth assignment of error below is vacated on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

William F. Oswall Jr., for appellant.